Joyce Mitchell LAMPHEAR et al.

v.

Robert CHARRON et al.

v.

SOUTHLAND MOWER COMPANY, INC.

No. 80–466–M.P.

Supreme Court of Rhode Island.

Nov. 20, 1980.

Longolucco & Lenihan, William J. Gallogly, Westerly, for plaintiff-respondent.

Higgins, Cavanagh & Cooney, Peter S. Haydon, Providence, for Southland Mower Company, Inc., defendant-petitioner.

ORDER

The Superior Court judgment which petitioner seeks to have reviewed is interlocutory. Therefore, the petition for writ of certiorari is denied.

CITY OF CRANSTON

v.

LOCAL 1363, INTERNATIONAL ASSOCIATION OF FIREFIGHTERS, AFL–CIO.

No. 80–480–M.P.

Supreme Court of Rhode Island.

Nov. 26, 1980.

Jeremiah S. Jeremiah, Jr., City Sol., Cranston, Vincent J. Piccirilli, Providence, for petitioner.

Hogan & Hogan, Thomas S. Hogan, Providence, for respondent.

ORDER

The petition for writ of certiorari is denied.